EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>José M. Lorié Velasco<br>Juez Superior<br> Tribunal de Primera Instancia<br> Sala Superior de San Juan | Certiorari<br><br>2006 TSPR 190<br><br>169 DPR _____ |

Número del Caso: AD-2006-0001

Fecha: 22 de diciembre de 2006

Oficina de Asuntos Legales de la Oficina de Administración
de los Tribunales:

> Lcdo. Miguel Ángel Ferrer Rivera
> Director Auxiliar
>
> Lcda. Milagros Rivera Guadarrama

Procuradora del Abogado del Colegio de Abogados:

> Lcda. Mady Pacheco García de la Noceda

Abogados de la Parte Querellada:

> Lcdo. Victor A. Ramos Rodríguez
> Lcdo. Alberto Couvertié Barrera

Materia: Renuncia al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

José M. Lorié Velasco                  AD-2006-1          Conducta
Juez Superior                                            Profesional
Tribunal de Primera Instancia
Sala Superior de San Juan

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de diciembre de 2006.

Examinada la comparecencia del Lic. José M. Lorié Velasco en la que nos informa de su decisión de presentar su renuncia al ejercicio de la abogacía, el Tribunal queda enterado de dicha decisión y ordena que se elimine su nombre del registro de abogados.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. Las Juezas Asociadas señoras Fiol Matta y Rodríguez Rodríguez no intervinieron.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina